United States District Court
Southern District of Texas

**ENTERED**

April 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| XUEHANG XU, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00753 |
| | § | |
| WARDEN, *et al.*, | § | |
|     Respondents. | § | |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Ex Parte Application for Temporary Restraining Order and Order to Show Cause and Memorandum of Points and Authorities. Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Warden (or Facility Administrator), Rio Grande Detention Center; Field Office Director, San Antonio Field Office, U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of Homeland Security; Todd Blanche, Acting Attorney General of the United States; and Executive Office for Immigration Review, as Respondents.

Based upon a review of the Petition, and the urgency of Petitioner's claims, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than April 30, 2026, at 5:00 p.m.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file and relevant medical records to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than May 4, 2026.**[1]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on April 28, 2026.

John A. Kazen
United States District Judge